**No. 60135.**—D. C. Andrews & Co., Inc. v. United States, protest 268100–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.